**Park Ridge State Bank, appellant, v. Averill Tilden and John Fletcher, appellees.  Gen. No. 30,911.**
Action for money had and received.   Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1926.  Affirmed.  Opinion filed November 29, 1926.
Castle, Williams, Long & Castle, for appellant; Howard P. Castle and Jesse R. Long, of counsel.  Henry J. & Charles Aaron and Good, Childs, Bobb & Westcott, for appellees; Franklin Raber and Walter E. Beebe, of counsel.
Mr. Justice Johnston delivered the opinion of the court.

---

**Helen Dugdale, appellant, v. Wolfe, Steffelin & Company, appellee. Gen. No. 30,958.**
Action for damages for insurance lost through broker's fault.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1926.  Affirmed. Opinion filed November 29, 1926.
Brown, Brown & Brown, for appellant.   George H. Braasch and Haight, Adcock, Haight & Harris, for appellee.
Mr. Justice Johnston delivered the opinion of the court.

---

**S. W. Irwin, appellee, v. H. G. Williamson, appellant.  Gen. No. 30,970.**
Action for breach of contract.   Judgment for plaintiff.   Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1926.  Affirmed.  Opinion filed November 29, 1926.
Watrous, Richie & Weiss, for appellant.   Royal J. Schmidt and Samuel J. Nordorf, for appellee.
Mr. Justice Johnston delivered the opinion of the court.

---

**Ideal Fuel Company, appellee, v. M. G. Frankel, appellant.  Gen. No. 30,982.**
Action to recover balance due on account.  Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1926.  Affirmed.  Opinion filed November 29, 1926.
Harold J. Finder, for appellant.   Frank T. Jordan, for appellee.
Mr. Justice Johnston delivered the opinion of the court.